UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPARTON TECHNOLOGY, INC.,

    Plaintiff,

vs.                                                                                                    Case No. 02-72819

UTIL-LINK, and NATIONAL RURAL                                      HON. AVERN COHN
TELECOMMUNICATIONS COOPERATIVE,

    Defendants.
_____/

## TRIAL ORDER NO. 2

On August 30, 2005, the Court held a phone conference with the parties. This order memorializes matters discussed at the conference and provides for actions by the parties to simplify the trial process.

1. The case will be tried to a jury of ten (10) persons. Each party shall have five (5) preemptory challenges. The Deputy Clerk shall send the parties a packet of materials outlining the jury selection process.

2. The parties may file proposed voir dire questions no later than Friday, September 16, 2005.

3. Trial is scheduled to begin on Monday, September 19, 2005. Unless the parties notify the Court otherwise, jury selection will take place on Tuesday, September 20, 2005. September 19 will be reserved for handling objections to exhibits and other pre-trial matters.

4. Each side has twenty-five (25) hours of trial time, including direct and cross-examination, and exclusive of oral argument, and opening and closing statements.

5. Trial hours are 9:00 am to 4:00 pm. The Deputy Clerk shall send out a trial schedule.

6. Each party shall submit separate exhibit and witness lists as discussed.

7. There are no pending motions.

8. Defendants' Motion to Bifurcate Evidentiary Presentations and Opening and Closing Arguments is DENIED. However, Charles Stranko may be recalled during the presentation of defendants' counterclaim.

SO ORDERED.

Dated: August 31, 2005

                                  s/Avern Cohn
                                  AVERN COHN
                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, August 31, 2005, by electronic and/or ordinary mail.

                                  s/Julie Owens
                                  Case Manager, (313) 234-5160