# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**SPARTON TECHNOLOGY, INC**.
a New Mexico Corporation,

        Plaintiff,

  v.

**UTIL-LINK, LLC**, a Delaware Limited
Liability Company,
**NATIONAL RURAL TELE-
COMMUNICATIONS COOPERATIVE**,
a District of Columbia Corporation,

        Defendants.

File No.  02-CV-73819DT
Hon. Avern Cohn

## ORDER

IT IS HEREBY ORDERED that the Supersedeas Bond (the "Bond") filed by NRTC is hereby approved and execution of the judgment entered by this Court on April 5, 2006 is stayed pending the parties' appeals with the Sixth Circuit Court of Appeals.  NRTC shall file the original Bond with this Court within forty-eight hours of the entry of this Order.

    SO ORDERED.

Dated:  February 13, 2007

    s/Avern Cohn
    Honorable Avern Cohn
    United States District Court

WHD\5142624.1